UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP D/B/A UNITED STATES SURGICAL, A DIVISION OF TYCO HEALTHCARE GROUP LP<br><br>PLAINTIFF<br><br>VS.<br><br>ETHICON ENDO-SURGERY, INC.<br><br>DEFENDANT | CIVIL ACTION<br>NO. 3:04 cv 1702 (WWE)<br><br>December 10, 2004 |

## MOTION TO ADMIT PRO HAC VICE

The undersigned, a member of the bar of the this Court, requests the entry of an order under Local Rule 2, that **Barbara Mullin, Esq.** of the law firm of **Woodcock Washburn, LLP, One Liberty Place, 46th Floor, Philadelphia, Pennsylvania 19103,** be admitted as visiting attorney for Defendant, **Ethicon Endo-Surgery, Inc.** for the purpose of this case.

Ms. Mullin is a member, in good standing, of the bars of the State of Pennsylvania, U.S. District Court, Eastern District of Pennsylvania and the U.S.

Court of Appeals for the Federal Circuit. Ms. Mullin is also registered to practice before the U.S. Patent and Trademark Office.

Ms. Mullin has never been denied or disciplined in accordance with Local Rule 3 (D. Conn.) nor has she been denied admission or disciplined by any other court.

Ms. Mullin has reviewed the District Court's Local Rules and is now familiar with same.

An affidavit attesting to these facts has been filed herewith.

**WHEREFORE**, the Plaintiff respectfully requests that she be admitted Pro Hac Vice as set forth herein.

THE DEFENDANT,
ETHICON ENDO-SURGERY, INC.

By: _____
James T. Shearin, Esq. (ct 01326)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
Juris No. 47892  (203) 330-2000
Facsimile (203) 576-8888

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on December 10, 2004 to all counsel and pro se parties of record.

For the plaintiff :

    Jacob D. Zeldes, Esq.
    Edward R. Scofield, Esq.
    Zeldes, Needle & Cooper
    1000 Lafayette Boulevard
    Bridgeport, CT 06601-1740
    Tel: 203-333-9441
    Fax: 203-333-1489

_____
James T. Shearin – (ct 01326)

BPRT/TEMP.TEMP/JTS/536936v1

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP D/B/A UNITED STATES SURGICAL, A DIVISION OF TYCO HEALTHCARE GROUP LP<br><br>PLAINTIFF<br><br>VS.<br><br>ETHICON ENDO-SURGERY, INC.<br><br>DEFENDANT | CIVIL ACTION<br>NO. 3:04 cv 1702 (WWE)<br><br>November 5, 2004 |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE

I am over the age of eighteen (18) years of age and believe in the obligations of an oath.

1. I am an attorney in the law firm of Woodcock Washburn, LLP. My telephone and facsimile numbers are (215) 568-3100 (telephone), (215) 568-3439 (facsimile) and my e-mail address is mullin@woodcock.com.

2. I am a member, in good standing, of the bars of the State of Pennsylvania, U.S. District Court, Eastern District of Pennsylvania, U.S. Court of Appeals, Federal Circuit and U.S. Patent and Trademark Office.

3. I do not have a grievance pending against me, nor have I been denied admission, reprimanded, suspended, placed on inactive status, disbarred or disciplined by this court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

5. The law firm of Woodcock Washburn, LLP has developed an attorney-client relationship with Defendant. Pursuant to their request, Woodcock Washburn LLP will perform the work and assume primary responsibility for handling this matter.

*/s/ Barbara Mullin*
Barbara Mullin, Esq.

Subscribed to and sworn to before me this 5th day of November, 2004.

*/s/ Marcia I. Weinstein*
Notary Public

My Commission Expires: 8/30/05

NOTARIAL SEAL
MARCIA I. WEINSTEIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 30, 2005

2

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on November 5, 2004 to all counsel and pro se parties of record.

For the plaintiff :

Jacob D. Zeldes, Esq.
Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06601-1740
Tel: 203-333-9441
Fax: 203-333-1489

_____
James T. Shearin – (ct 01326)

BPRT/TEMP.TEMP/JTS/536938v1

3