# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a/ UNITED STATES SURGICAL, a division of TYCO HEALTHCARE GROUP LP,<br>      Plaintiff,<br><br>                    v.<br><br>ETHICON ENDO-SURGERY, INC.,<br>      Defendant. | **APPEARANCE**<br><br><br><br>CASE NUMBER:  3:04-CV-01702-WWE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

> Defendant, Ethicon Endo-Surgery, Inc.

Jan. 5, 2005
Date

phv 0001
Connecticut Federal Bar Number

215-568-3100
Telephone Number

215-568-3439
Fax Number

mullin@woodcock.com
E-mail address

*Signature*
Barbara L. Mullin
Print Clearly or Type Name

One Liberty Place, 46th Floor
Address

Philadelphia, PA  19103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached

*Signature*
James T. Shearin

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the foregoing document was mailed on January 11, 2005 to all counsel and pro se parties of record.

For the plaintiff :

    Jacob D. Zeldes, Esq.
    Edward R. Scofield, Esq.
    Zeldes, Needle & Cooper
    1000 Lafayette Boulevard
    Bridgeport, CT 06601-1740
    Tel: 203-333-9441
    Fax: 203-333-1489

    J. Alan Galbraith, Esq.
    Matthew L. Fore, Esq.
    Nathan P. Sutton, Esq.
    Williams & Connolly-DC
    725 12th Street, N.W.
    Washington, DC 20005-5901

                                                    James T. Shearin – (ct 01326)

BPRT/70091.1/PLL/544247v1