UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP<br>d/b/a UNITED STATES SURGICAL,<br>a division of TYCO HEALTHCARE<br>GROUP LP<br><br>    Plaintiff,<br><br>  v.<br><br>ETHICON ENDO-SURGERY, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:04cv01702 (JBA)<br>)<br>)<br>)<br>)<br>)   April 4, 2006 |

## MOTION FOR ADMISSION OF VISITING LAWYERS

Pursuant to Rule 83.1(d)1 of the Local Rules of Civil Procedure of this Court, plaintiff, through its undersigned counsel Edward R. Scofield, moves that:

> Drew M. Wintringham, III, Esq.
> Clifford Chance US LLP
> 31 West 52nd St.
> New York, NY 10019-6131
> Tel: (212) 878-3459
> Fax: (212) 878-8375
> Email: drew.wintringham@cliffordchance.com
>
> Mark W. Rueh, Esq.
> Clifford Chance US LLP
> 31 West 52nd St.
> New York, NY 10019-6131
> Tel: (212) 878-8098
> Fax: (212) 878-8375
> Email: mark.rueh@cliffordchance.com

be admitted as visiting lawyers before this Court in this proceeding. In accordance with the requirements of Local Rule 83.1(d)1, Attorneys Wintringham and Rueh's affidavits are attached hereto at Tabs A and B. In further support of this motion, the undersigned represents as follows:

1. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2. The undersigned, Edward R. Scofield, a member of Zeldes, Needle & Cooper, P.C., will continue to participate in this action and provide a local office as required by Local Rule 83.1(c)1.

3. A fee of $50 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)2.

WHEREFORE, the undersigned hereby moves that Attorneys Wintringham and Rueh be admitted to practice before the United States District Court for the District of Connecticut as visiting lawyers in this proceeding.

Respectfully submitted,

Edward R. Scofield (ct00455)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601-1740
Tel: (203) 333-9441
Fax: (203) 333-1489
e-mail: escofield@znclaw.com

Counsel for Plaintiff
Tyco Healthcare Group LP

# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TYCO HEALTHCARE GROUP LP )
d/b/a UNITED STATES SURGICAL, )
a division of TYCO HEALTHCARE )
GROUP LP )
 )
       Plaintiff, )
 )
v. ) Civil Action No. 3:04-CV-1702-JBA
 )
ETHICON ENDO-SURGERY, INC. )
 )
       Defendant. )
 )

### AFFIDAVIT IN SUPPORT OF PETITION TO ADMIT ATTORNEY DREW WINTRINGHAM AS A VISITING ATTORNEY

The undersigned, being duly sworn, hereby deposes and says as follows:

1. I am employed by the law firm of Clifford Chance US LLP. My office address, telephone number, facsimile number and email address are as follows:

> Drew M. Wintringham, III
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, NY 10019 6131
> TEL (212) 878 3459
> FAX (212) 878 8375
> drew.wintringham@cliffordchance.com

2. I am a member of the bar, in good standing, of the following courts: The Bar of New York, the United States Court of Appeals for the Federal Circuit, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, and United States District Court for the Eastern District of Michigan.

1

3. I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the United Sates District Court Local Rules of Civil Procedure for the District of Connecticut.

Dated: March 31, 2006

*[signature]*

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NEW YORK )

On the 31st day of March in the year 2006 before me, the undersigned, a Notary Public in and for said State, personally appeared, Drew M. Wintringham, III personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature]*
Notary Public

JILL C. RUDERFER
Notary Public, State of New York
No. 01RU5036383
Qualified in New York County
Commission Expires Nov. 28, 2006

2

# TAB B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP<br>d/b/a UNITED STATES SURGICAL,<br>a division of TYCO HEALTHCARE<br>GROUP LP<br><br>        Plaintiff,<br><br>        v.<br><br>ETHICON ENDO-SURGERY, INC.<br><br>        Defendant. | Civil Action No. 3:04-CV-1702-JBA |

### AFFIDAVIT IN SUPPORT OF PETITION TO ADMIT ATTORNEY MARK RUEH AS A VISITING ATTORNEY

The undersigned, being duly sworn, hereby deposes and says as follows:

1. I am employed by the law firm of Clifford Chance US LLP. My office address, telephone number, facsimile number and email address are as follows:

> Mark W. Rueh
> Clifford Chance US LLP
> 31 West 52nd Street
> New York, NY 10019 6131
> TEL (212) 878 8098
> FAX (212) 878 8375
> mark.rueh@cliffordchance.com

2. I am a member of the bar, in good standing, of the following courts: The Bar of New York, the United States Court of Appeals for the Federal Circuit, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of Michigan.

1

3. I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the United Sates District Court Local Rules of Civil Procedure for the District of Connecticut.

Dated: March 31, 2006

*[signature]*

STATE OF NEW YORK )
                           ) SS.:
COUNTY OF NEW YORK )

On the 31st day of March in the year 2006 before me, the undersigned, a Notary Public in and for said State, personally appeared, Mark W. Rueh, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*[signature]*
Notary Public

JILL C. RUDERFER
Notary Public, State of New York
No. 01RU5036383
Qualified in New York County
Commission Expires Nov. 28, 2006

2

NYA 777821.1

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. First Class Mail, postage prepaid, on this date, to:

> James T. Shearin, Esq.
> Pullman & Comley, LLC
> 850 Main Street
> Bridgeport, CT 06604
>
> Hallum Bailey, Esq.
> Steve Maslowski, Esq.
> Barbara Mullin, Esq.
> Dianne Elderkin, Esq.
> Richard B. LeBlanc, Esq.
> Woodcock Washburn, LLP
> One Liberty Place, 46th Fl.
> Philadelphia, PA 19103
>
> J. Alan Galbraith, Esq.
> Nathan P. Sutton, Esq.
> Matthew L. Fore, Esq.
> David S. Blatt, Esq.
> Jana D. Jobes, Esq.
> Jessamyn S. Berniker, Esq.
> Williams & Connolly LLP
> 725 Twelfth St., N.W.
> Washington, DC 20005

Dated at Bridgeport, Connecticut on this 4th day of April 2006.

Edward R. Scofield