IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a/ )<br>UNITED STATES SURGICAL, a division of )<br>TYCO HEALTHCARE GROUP LP, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Plaintiff and Counterclaim-Defendant, )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　v. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>ETHICON ENDO-SURGERY, INC. 　　　 )<br>　　　　　　　　　　　　　　　　　　 )<br>　　　Defendant and Counterclaim-Plaintiff. )<br>———————————————————— ) | Civ. Action No. 3:04-cv-01702-JBA |

**[PROPOSED] ORDER REGARDING ETHICON'S MOTION FOR EXPEDITED BRIEFING SCHEDULE**

Having considered all papers filed in connection with Ethicon Endo-Surgery Inc.'s ("Ethicon") Motion to Expedite Briefing of Ethicon's Motion to Permit Dr. William Cimino to Review Plaintiff's Protected Information,

It is hereby ORDERED that Ethicon's Motion is GRANTED, and

It is hereby ORDERED that Plaintiff Tyco Healthcare Group LP d/b/a United States Surgical shall file any brief in opposition to Ethicon's Motion to Permit Dr. William Cimino to Review Plaintiff's Protected Information within five (5) business days, up to and including August 8, 2006.

Dated: August ___, 2006　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Janet Bond Arterton
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -

**CERTIFICATION**

     I hereby certify that on August 1, 2006, a copy of Defendant's Proposed Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  /s/ James T. Shearin
                           James T. Shearin, Esq. – ct 01326

Bridgeport/70091.1/JTS/606529v1